**Order filed, August 9, 2018.**



In The

# Fourteenth Court of Appeals

—————————

## NO. 14-18-00624-CV

—————————

**VAN CUONG NGUYEN, Appellant**

**V.**

**KIM TRANG NGUYEN, Appellee**

---

**On Appeal from the 345th District Court
Travis County, Texas
Trial Court Cause No. D-1-FM-12-006576**

---

## ORDER

The reporter's record in this case was due August 6, 2018. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Laura Taylor, the court reporter, to file the record in this appeal **within 15 days** of the date of this order.

PER CURIAM